THE PACIFIC EXPRESS COMPANY v. THE STATE OF KANSAS, *ex rel., etc.*

No. 13,484.    (75 Pac. 1134.)

Error from Graham district court; CHARLES W. SMITH, judge. Opinion filed February 6, 1904. Reversed.

*Loomis, Blair & Scandrett,* for plaintiff in error.

No brief filed by defendants in error, but waiver of summons in error is filed, signed by *A. L. Williams, N. H. Loomis, R. W. Blair, H. J. Harwi,* for defendants in error.

*Per Curiam:* The judgment in this case is reversed, on the authority of *The State v. Estep,* 66 Kan. 416, 71 Pac. 857.